No. 27,190.

THE LENFESTEY BROOM WORKS and THE HUDSON INSURANCE COM-
PANY, of New York, *Appellants,* v. THE ATCHISON, TOPEKA &
SANTA FE RAILWAY COMPANY et al., *Appellees.*

OPINION DENYING A REHEARING.

Appeal from Sedgwick district court, division No. 3; GROVER PIERPONT,
judge. Opinion denying a rehearing filed May 7, 1927. (For original opinion
see *ante,* p. 104.)

*Charles G. Yankey, John L. Gleason* and *Kenneth K. Cox,* all of Wichita,
for the appellants.

*William R. Smith,* of Topeka, *J. D. Houston, H. W. Hart, Glenn Porter,
Enos E. Hook, Robert C. Foulston, W. E. Holmes, D. W. Eaton, George Sief-
kin, Sidney L. Foulston,* all of Wichita, *Henry L. McCune* and *Lynn Webb,*
both of Kansas City, Mo., for the appellees.

The opinion of the court was delivered by

MARSHALL, J.: An opinion was filed in this action on March 12,
1927. (*Lenfestey Broom Works v. Atchison, T. & S. F. Rly. Co.,*
ante, p. 104, 254 Pac. 343.) In that opinion it was stated that, "The
evidence tended to show that . . . the high- and low-tension
wires were loosely strung and in places were only about a foot
apart." The Kansas Gas and Electric Company, in a motion for
rehearing, challenges the correctness of that statement. An exami-
nation of the abstract shows that the statement as quoted is not
correct. The petition alleged that "the wires upon which said high-
voltaged current was transmitted . . . were placed in such close
proximity to the wires on which the current was transmitted on to
416 South Commerce street, and each and both of said sets of wires
were so loosely strung that said wires carrying said high-voltage
current could form a contact with and touch the wires carrying the
low-voltage current, and cause the high-tension current to be com-
municated to said low-tension wires . . . that said high-voltage
wires and said low-voltage wires were each and both placed near said
transformers not more than one foot apart."

The abstract shows that the city electrician testified that at the
crane he found "broken insulators there under a pole which was
erected close to this crane. He also found broken insulators and a

Appeal and Error, 4 C. J. p. 629 n. 84, 85 new.

broken fuse box there which had evidently fallen from the pole. The broken fuse box was similar to exhibit 3, and had been replaced by a new one when he arrived. It had been broken in three or four pieces and looked as if it had cracked and fallen down. He found the insulation scraped off one of the vertical wires on the pole near the crane. Another vertical wire had been recently spliced. One of the damaged wires was a high-tension wire and the other a low-tension wire. Contact had evidently been made between these two wires. These wires had no protection from being struck by objects swinging on the crane. Three transformers were hung on the lowest cross arms on this pole near the crane. They were on that side of the pole nearest Commerce street. By the arrangement on this pole the high-tension current passed through some of these vertical wires from the top of the pole to the transformers on the lower cross arm and the low-tension current passed through others of these vertical wires from the transformers to a cross arm near the top of the pole. Under proper construction these transformers should have been grounded. It is good construction to ground the secondary wires in construction of that kind."

With this correction and additional statement, the motion for rehearing is denied and the former opinion is adhered to.